# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

150919

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LALE ROBERTS and JOAN ROBERTS,
    Plaintiffs-Appellees,

v

KATHRYN SALMI, LPC, d/b/a SALMI
CHRISTIAN COUNSELING,
    Defendant-Appellant.

SC: 150919
COA: 316068
Houghton CC: 2012-015075-NH

_____/

    On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of September 16, 2015. The application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016



Clerk

t0427